DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FLAKON BYTYQI** and **PRANVERA FETAHU BYTYQI,**
Appellants,

v.

**OSCAR RODRIGUEZ** and **BLATT 16581-16551 LLC,**
Appellees.

No. 4D22-1120

[March 23, 2023]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Jane D. Fishman, Judge; L.T. Case No. 20-12403 COSO.

Bart T. Heffernan, Fort Lauderdale, for appellants.

Kevin H. Fabrikant and Yadhira Ramierez-Toro of Fabrikant & Associates, PLLC, Hollywood, for appellees.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***